IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:04-CR-75-D
No. 4:08-CV-107-D

| | |
|---|---|
| MARTEZ LAMONT SHERROD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The court has received Martinez Lamont Sherrod's letter of April 24, 2015 [D.E. 195] concerning his motion for reconsideration. The court is holding his motion for reconsideration [D.E. 180] in abeyance pending the decision of the United States Court of Appeals for the Fourth Circuit in United States v. Surratt, No. 14-6851. Once the Fourth Circuit issues its decision in Surratt, the parties shall notify the court if they wish to submit supplemental briefs. The parties also shall update the court on any proceedings that have taken place in the District of South Carolina since this court's order of January 27, 2014. See [D.E. 173].

SO ORDERED. This 24 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge