IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:04-CR-75-D
No. 4:08-CV-107-D

| | |
|---|---|
| MARTEZ LAMONT SHERROD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The parties shall file simultaneous briefs not later than August 10, 2015, concerning the impact of United States v. Surratt, No. 14-6851, slip op. (4th Cir. July 31, 2015), on Martez Sherrod's motion for reconsideration [D.E. 180] and this court's decision of January 23, 2014. See [D.E. 170] 5–7 (discussing Sherrod's request for relief under 28 U.S.C. § 2241).

SO ORDERED. This 31 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge