UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 4:04-CR-000075-D-1 |
| MARTEZ LAMONT SHERROD, | |
| Defendant. | |

**ORDER**

In consideration of the foregoing Motion to Redisclose the Pre-Sentence Investigative Report to Clemency Project 2014 Counsel and to Permit Counsel to Access Documents Filed Under Seal or Otherwise Not Available to the Public through PACER, there being good cause shown, it is this 2 day of October, 2015 hereby

ORDERED that the Motion to Redisclose the Pre-Sentence Investigative Report to Clemency Project 2014 Counsel and to Permit Counsel to Access Documents Filed Under Seal or Otherwise Not Available to the Public though PACER is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigative Report shall be unsealed and provide to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that the Pre-Sentence Investigative Report shall not be provided to the Defendant; it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies; and it is further

ORDERED that Defendant's Clemency Project 2015 counsel shall have access documents filed under seal or otherwise not available to the public through PACER.

SO ORDERED. This **2** day of October 2015.

JAMES C. DEVER III
Chief United States District Judge